

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 1, 2022

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

*Application GRANTED. Time is hereby excluded in the interests of justice from today, July 1, 2022, until July 7, 2022, for the reasons set forth in the Government's letter. The Clerk of Court is directed to terminate Doc. #9. SO ORDERED.*

*July 1, 2022*

Re:   *United States v. Boss Terrell*, 22 CR 343 (JMF)

Dear Judge Furman,

  The Government writes with the consent of the defendant to request respectfully that the Court exclude time under the Speedy Trial Act from July 1, 2022 through the date of the initial conference before the Court, currently scheduled for July 7, 2022 at 4:30 PM.  At the defendant's presentment and arraignment on June 23, 2022, the Honorable Valerie Figueredo, United States Magistrate Judge for the Southern District of New York, so excluded time from June 23, 2022 through July 1, 2022, a control date that the parties proposed in anticipation of scheduling the initial conference before the Court.  The Government respectfully submits that this further exclusion is appropriate pursuant to 18 U.S.C. § 3161(h)(7)(A) on the basis that the interest of the defendant and the public in a speedy trial are outweighed here by the interests of the defendant in having the opportunity to begin receiving and reviewing discovery with counsel and considering the pending charges against him in light of that discovery.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

           By: *Thomas John Wright*
                Thomas John Wright / Courtney L. Heavey
                Assistant United States Attorneys
                (212) 637-2295 / 2413

cc: Bruce D. Koffsky (Counsel to Defendant Boss Terrell) (by ECF)