UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 22-CR-343 (JMF) |
| BOSS TERRELL, | ORDER |
| Defendant. | |

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Having consulted with David Patton, Executive Director of the Federal Defenders of New York, the Court hereby appoints Anthony Ricco as "learned counsel" for Boss Tyrell in this matter, pursuant to Title 18, United States Code, Section 3005.

     SO ORDERED.

Dated: July 5, 2022
      New York, New York

_____
JESSE M. FURMAN
United States District Judge