LAW OFFICES OF
# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET**
**STAMFORD, CONNECTICUT 06905**
**(203) 327-1500**
**FACSIMILE (203) 327-7660**

November 30, 2022

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #22. SO ORDERED.*

*[signature]*

*December 1, 2022*

Re:   United States v. Boss Terrell
      Case No.: 1:22-cr-343 (JMF)

Dear Judge Furman:

    I, together with Anthony L. Ricco, have been appointed to represent Mr. Boss Terrell in the above-entitled matter. The Court has scheduled a status conference in the matter for December 8, 2022. Unfortunately, on that date I will be on trial in the matter entitled <u>United States v. Thomas Liberatore, et al.</u>, 3:20-cr-86 (KAD), a Hobbs Act/Murder case pending in the District of Connecticut before the Honorable Judge Kari A. Dooley. I have discussed my trial commitment with Mr. Ricco, and with the Court's permission, he will appear for the both of us at the status conference to represent Mr. Terrell. I have also discussed this application with AUSA Thomas J. Wright, who informs me that the government has no objection to this application.

    Wherefore, I respectfully request that I be excused from the scheduled status conference.

    Thank you for your consideration.

                      Respectfully submitted,

                        /s/ *Bruce D. Koffsky*
                        Bruce D. Koffsky

BDK/me
Encl.

cc:   All Counsel of Record by ECF