```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :     ORDER
         - v. -                    :
                                   :     22 CR 343 (JMF)
BOSS TERRELL,                      :
                                   :
              Defendant.           :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the parties, it is hereby

ORDERED that the conference scheduled for December 8, 2022 is adjourned to ___December 20___, 20_22_ at ___2:30 p.m.___; and

FURTHER ORDERED that time is excluded under the Speedy Trial Act between today and ___December 20___, 20_22_; the Court finds that the ends of justice served by excluding such time outweighs the interests of the defendant and the public in a speedy trial because of the interests of the defendant in having the opportunity to appear with appointed counsel, and continue reviewing discovery with counsel, considering the availability of any pre-trial motions and the possibility of any pre-trial disposition, as well as allowing the capital review process to progress in due course.

SO ORDERED    The Clerk of Court is directed to terminate Doc. #24.

Dated:    New York, New York
          December _7_, 2022

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK