LAW OFFICES OF
# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET**
**STAMFORD, CONNECTICUT 06905**
**(203) 327-1500**
**FACSIMILE (203) 327-7660**

December 19, 2022

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #51. SO ORDERED.

December 19, 2022

Re:   **United States v. Boss Terrell**
      **Case No.: 1:22-cr-343 (JMF)**

Dear Judge Furman:

I, together with Anthony L. Ricco, have been appointed to represent Mr. Boss Terrell in the above-entitled matter. The Court has scheduled a status conference in the matter for December 20, 2022. This past Thursday I tested positive for Covid19 and have not yet completed a quarantine period. I have discussed my situation with Mr. Ricco, and with the Court's permission, he will appear for the both of us at the status conference to represent Mr. Terrell.

Wherefore, I respectfully request that I be excused from the scheduled status conference.

Thank you for your consideration.

Respectfully submitted,

/s/ *Bruce D. Koffsky*
Bruce D. Koffsky

BDK/me
Encl.

cc:   All Counsel of Record by ECF