**LAW OFFICES OF**
**KOFFSKY & FELSEN, LLC**
1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

January 23, 2024

**Via ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #136.

SO ORDERED.

*[signature]*

January 23, 2024

      **RE:**    **United States v. Boss Terrell**
             **Case No.: 1:22CR343 (JMF)**

Dear Judge Furman:

      The undersigned has been appointed to represent Mr. Boss Terrell in the above-captioned matter, together with Attorney Anthony Ricco. Mr. Terrell is currently scheduled for a change of plea hearing before the Court on January 24, 2024, at 12:00 p.m. I respectfully request that I be excused from attending the defendant's change of plea, as I am currently on trial in U.S. v. Malik Bayon, Case No.: 3:21CR156 (KAD) in the District of Connecticut and will be unable to attend.

      I have discussed this application with Attorney Ricco, who has informed me that he has no objection to representing both him and myself at Mr. Terrell's change of plea.

      For the above stated reasons, I respectfully request that the Court excuses my absence at the defendant's change of plea hearing.

                                                Respectfully submitted,

                                                __/s/ *Bruce D. Koffsky*__

BDK/th
cc:     All Counsel of Record