

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 26, 2024

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Boss Terrell*, S1 22 CR 343 (JMF)

Dear Judge Furman,

    The Government respectfully writes to provide the Court with a transcript of the defendant's plea allocution on January 26, 2024, which the Court referred to United States Magistrate Judge Sarah Netburn. The Government encloses that transcript as Exhibit A. The S1 Indictment and plea agreement referenced in the transcript are also enclosed under Exhibit B and Exhibit C, respectively. The Government submits that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for it. Accordingly, the Government respectfully moves for the Court to accept the defendant's guilty plea for which a proposed order is enclosed as Exhibit D. At the change of plea, sentencing was preliminarily set for May 15, 2024 at 3:00 PM, a date and time that the parties understand is convenient for the Court.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney

                        By: *Thomas John Wright*
                            Thomas John Wright
                            Assistant United States Attorney
                            (212) 637-2295

cc:    Anthony L. Ricco and Bruce D. Koffsky (Counsel to Defendant Boss Terrell) (by ECF)