UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                                    :
UNITED STATES OF AMERICA            :
                                    :     **ORDER ACCEPTING THE PLEA**
        - v. -                      :     **ALLOCUTION BEFORE A**
                                    :     **UNITED STATES**
BOSS TERRELL,                       :     **MAGISTRATE JUDGE**
    a/k/a "Sauce,"                  :
                                    :     S1 22 CR 343 (JMF)
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - X

Jesse M. Furman, United States District Judge

        On January 26, 2024, pursuant to Federal Rule of Criminal

Procedure 11, United States Magistrate Judge Sarah Netburn, after

presiding over a plea allocution with the defendant's consent,

reported and recommended that the defendant's plea of guilty be

accepted.  The Court has reviewed the transcript of the plea

allocution and has determined that the defendant entered the plea

of guilty knowingly and voluntarily and that there is a factual

basis for it.  Accordingly, it is hereby

        ORDERED that the defendant's plea of guilty is acceptable to

the Court.  The Clerk of Court is directed to enter the defendant's

plea of guilty.

Dated:   New York, New York
         January 29, 2024

Sentencing is scheduled for **May 15, 2024, at 3:00
p.m. in Courtroom 1105** of the Thurgood Marshall
Courthouse, 40 Centre Street, New York, New York
10007. The defendant's sentencing submission shall be
served two weeks in advance of the date set for
sentencing. The Government's sentencing submission
shall be served one week in advance of the date set for
sentencing. The Clerk of Court is directed to terminate
Doc. 147. SO ORDERED.

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK