LAW OFFICES OF
# KOFFSKY & FELSEN, LLC
**1261 POST ROAD, SUITE 202B**
**FAIRFIELD, CONNECTICUT  06905**
**(203) 327-1500**
**FACSIMILE (203) 327-7660**

April 23, 2024

**VIA ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

> Application GRANTED. Sentencing is hereby ADJOURNED to **July 16, 2024, at 2:30 p.m.** No further adjournments are likely to be granted. The Clerk of Court is directed to terminate Doc. #219. SO ORDERED.
>
> *[signature]*
>
> April 25, 2024

       **Re:**    **United States v. Boss Terrell**
               **Case No.: 1:22-cr-343 (JMF)**

Dear Judge Furman:

      I, together with Anthony L. Ricco, have been appointed to represent Mr. Boss Terrell in the above-entitled matter.  On or about January 26, 2024, Mr. Terrell pleaded guilty to various counts of the Indictment and sentencing has been scheduled for May 15, 2024.  The undersigned, with the consent of the government, respectfully requests that the sentencing of the defendant be adjourned sixty (60) days to the second week of July 2024.[1] The grounds for this application are two-fold; first, the defendant is in the process of gathering materials relative to his personal characteristics and background, which he will refer to at sentencing.  The defendant needs additional time to gather said material. Second, the undersigned begins trial before the Hon. LaShann DeArcy-Hall, in U.S. v. Miller, 20cr331 (LDH) on May 13, 2024, and is therefore unable to attend Mr. Terrell's sentencing as scheduled.

      WHEREFORE, the defendant Boss Terrell respectfully requests that his motion for an adjournment of sentencing be granted and that the dates for the filing of memorandum in aid of sentencing be similarly extended.

      Thank you for your consideration.

                                           Respectfully submitted,

                                           /s/ *Bruce D. Koffsky*
                                           Bruce D. Koffsky

cc:     All Counsel of Record by ECF

---

[1] Counsel for the government begins trial in a matter beginning July 22, 2024.